

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED
AUG 21 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 13-421-1 |
| YLLI GJELI<br>a/k/a "Willie" | : | |

### ORDER FOR BENCH WARRANT

AND NOW, this 21st day of August 2013, on motion of Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

_____
HONORABLE ~~ELIZABETH T. HEY~~ Lynne A. Sitarski
United States Magistrate Judge

*Warrant Issued*

any other United States Marshal or officer authorized to execute same.

IN THE UNITED STATES OF DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED
AUG 21 201?
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 13-421-1 |
| YLLI GJELI<br>    "Willie" | : |

## MOTION FOR BENCH WARRANT

AND NOW, this _____ day of _____, 2013, Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania, and SALVATORE L. ASTOLFI, Assistant United States Attorney move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney

_____
SALVATORE L. ASTOLFI
Assistant United States Attorney