IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL ACTION NO. 13-00421-1 |
| YLLI GJELI | |

### ORDER

**AND NOW**, this 31st day of July 2020, upon consideration of Ylli Gjeli's Motion for Release (ECF No. 723) and the government's Response (ECF No. 731), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1