# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION NO. 13-421-1 |
| YLLI GJELI | |

## ORDER

**AND NOW**, this 24th day of November 2025, upon consideration of Ylli Gjeli's Motion for Return of Personal Property, (Dkt. No. 754), the Government's Response, (Dkt. No. 756), Gjeli's Reply, (Dkt. No. 757), the Government's Sur-reply, (Dkt. No. 762), Gjeli's Second Reply, (Dkt. No. 763), his Supplemental Motion for Return of Personal Property, (Dkt. No. 764) and the Government's Second Response, (Dkt. No. 765), it is **ORDERED** that Gjeli's motions are **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.